**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED BEHAVIORAL CONSULTING LLC., and JOSEPH MITCHELL,<br><br>Defendants. | Case No. 1:26-cv-09780 |

# CERTIFICATE OF SERVICE

TO: Applied Behavioral Consulting, LLC
14421 S. Wallin Dr., Suite 109
Plainfield, IL 60544

Applied Behavioral Consulting, LLC
5304 Grand Ave.
Western Springs, IL 60558

Under penalties as provided by law, I, Magdalena Wackenhut, a non-attorney, do hereby certify that on November 5, 2026, in accordance with requirements for service via the Illinois Secretary of State, I caused a copy of the *Affidavit of Compliance for Service on Secretary of State* filed with the Illinois Secretary of State on October 21, 2026, the *Complaint* filed on August 13, 2026, and the *Summons* issued against Applied Behavioral Consulting, LLC, on August 14, 2026, to be served upon Applied Behavioral Consulting, LLC, via regular first-class mail and certified mail, with return receipt requested and proper postage prepaid, on this 5th day of November, 2026.

Dated: November 5, 2026

*Magdalena Wackenhut*
Magdalena Wackenhut

Martin J. Wasserman
Jaylaan A. Slaughter
CARLSON DASH, LLC
216 S. Jefferson St., Suite 303
Chicago, Illinois 60661
Telephone: 312-382-1600
mwasserman@carlsondash.com
jslaughter@carlsondash.com

9589 0710 5270 3843 2605 15

US POSTAGE
$012.76º
First-Class - IMI
ZIP 60661
11/05/2026
033B 0071822242

CarlsonDash
LEGAL STRATEGIES - BUSINESS SOLUTIONS

216 S. Jefferson Street, Suite 303 Chicago, IL 60661

Applied Behavioral Consulting, LLC
5304 Grand Ave.
Western Springs, IL 60558

CERTIFIED MAIL

9589 0710 5270 3843 2605 08

US POSTAGE
$012.76º
First-Class - IMI
ZIP 60661
11/05/2026
033B 0071822242

CarlsonDash
LEGAL STRATEGIES · BUSINESS SOLUTIONS

216 S. Jefferson Street, Suite 303 Chicago, IL 60661

Applied Behavioral Consulting, LLC
14421 S. Wallin Dr., Suite 109
Plainfield, IL 60544

9589 0710 5270 3843 2605 15

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postmark
Here

Applied Behavioral Consulting, LLC
5304 Grand Ave.
Western Springs, IL 60558

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3843 2605 08

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postmark
Here

Applied Behavioral Consulting, LLC
14421 S. Wallin Dr., Suite 109
Plainfield, IL 60544

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions