# AFFIDAVIT OF POSTING

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 26-cv-08272**
**Court Date: 1/13/2027**
**Court Time: 10:00 AM**

**PNC Bank, National Association**

Plaintiff

**vs.**

**Adligo Inc., et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Notification of Docket Entry**

| | |
|---|---|
| PARTY SERVED: | **SCOTT MORGAN** |
| METHOD OF SERVICE: | **POSTING** - By posting the documents in a conspicuous manner as to be seen on the front door of the residence or entrance of the building/residence. |
| DATE & TIME OF DELIVERY: | **11/8/2026 at 3:12 PM** |
| ADDRESS, CITY AND STATE: | **2620 N. ST. LOUIS AVE., CHICAGO, IL 60647** |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 11/10/2026.

Steven A. Stosur
Registration No: 117-001119